UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BREWERY PROPERTIES GROUP, LLC, | ) | Case No. 11-14208-JNF |
|  | ) |  |
| Debtor. | ) |  |

**MOTION OF DEBTOR BREWERY PROPERTIES
GROUP, LLC FOR EXTENSION OF OBJECTION DEADLINE
AND CONTINUANCE OF HEARING
ON ADEQUACY OF DISCLOSURE STATEMENT**
**(Emergency Determination Requested)**

To the Honorable Joan N. Feeney,
United States Bankruptcy Judge:

Pursuant to MLBR 9013-1(g), the Debtor Brewery Properties Group, LLC (the

"Debtor") hereby requests a continuance, to September 20, 2011, of the hearing to

determine the adequacy of the Disclosure Statement Regarding Debtor's Chapter 11 Plan

dated May 6, 2011 (the "Disclosure Statement") and an extension, to September 13,

2011, of the deadline for filing objections to the Disclosure Statement. The current

objection deadline is scheduled to occur at 4:00 p.m., August 11, 2011, and the hearing

on the Disclosure Statement is scheduled for 11:30 a.m. on September 7, 2011.

The Debtor requests that this relief be granted on an emergency basis, prior to

Wednesday's deadline for filing objections to the Disclosure Statement.

In support of this request, the Debtor states as follows:

1.      The Debtor commenced this Chapter 11 case by filing a voluntary petition

for relief on May 3, 2011.

2.      The Debtor filed its Chapter 11 Plan (the "Plan"), together with its

Disclosure Statement Regarding Chapter 11 Plan (the "Disclosure Statement") on May 6, 2011.

3.      As the Court may recall, the effectiveness of the Plan is conditioned upon the Debtor's (i) obtaining a judgment against the Debtor's tenant, Mercury Brewing and Distribution Co., Inc. ("Mercury") in litigation against Mercury (the "Mercury Litigation") that has been removed to this Court, and (ii) collecting the amount of that judgment.

4.      The hearing on the adequacy of the Disclosure Statement (the "Hearing") was originally scheduled to occur on June 28, 2011.  However, at the request of the United States Trustee, the Debtor sought and obtained a continuance of the Hearing, to allow creditors to obtain a better understanding of how the Mercury Litigation might develop and its impact on the Plan.

5.      Since the original date of the Hearing, the Debtor has been engaged in settlement negotiations with Soffron and Mercury and wishes to continue those negotiations.

6.      The Debtor believes that an additional period of time will allow the parties to determine whether settlement of this case is possible.

7.      The Debtor does not intend to drag these proceedings out through repeated requests for extensions and continuances; in fact, the continuance requested herein is for a relatively short period of time.  But that period of time could well be critical in determining whether this case may be resolved consensually, or whether further litigation will be required.  An extension of such a short period certainly would not prejudice any of the creditors in this case.

8.     The Soffron Holdings, LLC (the Debtor's secured creditor), the Official

Committee of Unsecured Creditors and the United States Trustee have all indicated that

they do not object to the relief sought herein.

WHEREFORE, the Debtor respectfully requests an order of this Court:

1.     Granting the relief sought herein on an emergency basis, prior to the

August 11, 2011 deadline for filing objections to the Disclosure

Statement;

2.     Extending the deadline for filing objections to the Disclosure Statement by

33 days, to September 13, 2011;

3.     Continuing the hearing on the Disclosure Statement for a period of 13

days, to September 20, 2011 or such date thereafter that is convenient for

the Court; and

4.     Granting such additional relief as the Court deems appropriate.

BREWERY PROPERTIES GROUP, LLC

By its attorneys,

Dated: August 8, 2011

/s/ Michael J. Goldberg
Michael J. Goldberg (BBO# 551869)
A. Davis Whitesell (BBO #551462)
Andrew Imbriglio (BBO #676049)
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA  02210
Tel.: (617) 426-5900
Fax: (617) 426-8810
Email: goldberg@casneredwards.com

## CERTIFICATE OF SERVICE

I, Michael J. Goldberg, do hereby certify that on the 8th day of August, 2011, I caused a copy of the foregoing Emergency Motion of Debtor Brewery Properties Group, LLC for Extension of Objection Deadline and Continuance of Hearing on the Adequacy of Disclosure Statement to be served via ECF on those parties registered to receive ECF service in this case.

Dated:  August 8, 2011

/s/ Michael J. Goldberg
Michael J. Goldberg (BBO #551869)
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
Tel.: (617) 426-5900
Fax: (617) 426-8810
Email: *goldberg@casneredwards.com*

56886.0/513195.1