UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BREWERY PROPERTIES GROUP, LLC, ) | Case No. 11-14208-JNF |
| ) | |
| Debtor. ) | |

**MOTION OF DEBTOR BREWERY PROPERTIES
GROUP, LLC FOR EXTENSION OF OBJECTION DEADLINE
AND CONTINUANCE OF HEARING
<u>ON ADEQUACY OF DISCLOSURE STATEMENT</u>**
(Emergency Determination Requested)

To the Honorable Joan N. Feeney,
United States Bankruptcy Judge:

Pursuant to MLBR 9013-1(g), the Debtor Brewery Properties Group, LLC (the "Debtor") hereby requests a further continuance, for thirty (30) days, of the hearing to determine the adequacy of the Disclosure Statement Regarding Debtor's Chapter 11 Plan dated May 6, 2011 (the "Disclosure Statement") and a corresponding extension of the deadline for filing objections to the Disclosure Statement. The current objection deadline is scheduled to occur at 4:00 p.m., September 20, 2011, and the hearing on the Disclosure Statement is scheduled for 11:00 a.m. on September 21, 2011.

The Debtor requests that this relief be granted on an emergency basis, prior to Tuesday's deadline for filing objections to the Disclosure Statement.

Soffron Holdings, LLC has stated that it has no objection to the extension requested herein.

In support of this request, the Debtor states as follows:

1.   The Debtor commenced this Chapter 11 case by filing a voluntary petition

for relief on May 3, 2011.

2. The Debtor filed its Chapter 11 Plan (the "Plan"), together with its Disclosure Statement Regarding Chapter 11 Plan (the "Disclosure Statement") on May 6, 2011.

3. The hearing on the adequacy of the Disclosure Statement has been continued to September 21, 2011, with objections to the Disclosure Statement due on September 20, 2011.

4. For the past several weeks, the Debtor has been engaged in settlement negotiations with Soffron Holdings, LLC ("Soffron"), the holder of the first mortgage on the Debtor's property (the "Property"), and Mercury Brewing and Distribution Co., Inc. ("Mercury"), the Debtor's sole tenant at the Property. The goal of these discussions is to accomplish a consensual resolution of the Debtor's Chapter 11 case. The Official Committee of Unsecured Creditors appointed in this case has been kept apprised of the status of these settlement discussions.

5. Although progress continues to be made in the negotiations, an agreement has not been reached. The Debtor believes additional time will enable the parties to determine whether a consensual resolution can be reached.

6. While the settlement negotiations are continuing, the Debtor believes it would be potentially harmful to require parties to file formal objections to the Disclosure Statement. In addition, if the negotiations are successful, the resulting agreement might result in revisions to the Disclosure Statement – or might even eliminate altogether the need for a plan confirmation process.

7. Accordingly, the Debtor believes that the requested continuance of the

Disclosure Statement hearing, and an extension of the deadline to object to the adequacy of the Disclosure Statement, are both warranted. The Debtor therefore requests that the hearing on the adequacy of the Disclosure Statement be continued for thirty (30) days, to a date which is convenient for the Court, and that the objection deadline be continued for a comparable period of time. If the parties do not reach a definitive settlement which can be presented to the Court in the next thirty days, the Debtor will advise the Court and request that the hearing on the Disclosure Statement be immediately brought forward.

8. If the Court desires, the Debtor will be prepared to provide further information on the status of the settlement negotiations at the status conference in the Debtor's adversary proceeding with Mercury, also scheduled to occur on September 21, 2011. In the event the Court deems such a status report to be unnecessary, the Debtor is concurrently filing a motion for a continuance of the status conference as well.

WHEREFORE, the Debtor respectfully requests an order of this Court:

1. Granting the relief sought herein on an emergency basis, prior to the September 20, 2011 deadline for filing objections to the Disclosure Statement;

2. Continuing the hearing on the Disclosure Statement for a period of thirty (30) days, to a date that is convenient for the Court;

3. Extending the deadline for filing objections to the Disclosure Statement to a date prior to the rescheduled Disclosure Statement hearing;

4. Granting such additional relief as the Court deems appropriate.

BREWERY PROPERTIES GROUP, LLC

By its attorneys,

/s/ Michael J. Goldberg
Michael J. Goldberg (BBO# 551869)
A. Davis Whitesell (BBO #551462)
Andrew Imbriglio (BBO #676049)
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
Tel.: (617) 426-5900
Fax: (617) 426-8810
Email: goldberg@casneredwards.com

Dated: September 20, 2011

4

## CERTIFICATE OF SERVICE

I, Michael J. Goldberg, do hereby certify that on the 20th day of September, 2011, I caused a copy of the foregoing Motion of Debtor Brewery Properties Group, LLC for Extension of Objection Deadline and Continuance of Hearing on Adequacy of Disclosure Statement (Emergency Determination Requested) to be served via ECF on those parties registered to receive ECF service in this case.

Dated:  September 20, 2011            /s/ Michael J. Goldberg
                                      Michael J. Goldberg (BBO #551869)
                                      CASNER & EDWARDS, LLP
                                      303 Congress Street
                                      Boston, MA 02210
                                      Tel.: (617) 426-5900
                                      Fax: (617) 426-8810
                                      Email: *goldberg@casneredwards.com*

56886.0/515103.1