UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BREWERY PROPERTIES GROUP, LLC, | ) | Case No. 11-14208-JNF |
| | ) | |
| Debtor. | ) | |

**MOTION OF DEBTOR BREWERY PROPERTIES
GROUP, LLC FOR EXTENSION OF OBJECTION DEADLINE
ON ADEQUACY OF DISCLOSURE STATEMENT**
(Emergency Determination Requested)

To the Honorable Joan N. Feeney,
United States Bankruptcy Judge:

Pursuant to MLBR 9013-1(g), the Debtor Brewery Properties Group, LLC (the "Debtor") hereby requests a further extension, to October 31, 2011, of the deadline for filing objections to the Disclosure Statement. The current objection deadline is scheduled to occur at 4:00 p.m., October 19, 2011.

The Debtor requests that this relief be granted on an emergency basis, prior to Wednesday's deadline for filing objections to the Disclosure Statement.

**Soffron Holdings, LLC, Mercury Brewing & Distribution Co., Inc., the Official Committee of Unsecured Creditors, and the United States Trustee have stated that they have no objection to the extension requested herein.**

In support of this request, the Debtor states as follows:

1.   The Debtor commenced this Chapter 11 case by filing a voluntary petition for relief on May 3, 2011.

2.   The Debtor filed its Chapter 11 Plan (the "Plan"), together with its

Disclosure Statement Regarding Chapter 11 Plan (the "Disclosure Statement") on May 6, 2011.

3. By prior order of this Court, the hearing on the adequacy of the Disclosure Statement has been continued to November 2, 2011, with objections to the Disclosure Statement due on October 19, 2011.

4. During the past month, the Debtor has continued its settlement negotiations with Soffron Holdings, LLC ("Soffron"), the holder of the first mortgage on the Debtor's property (the "Property"), and Mercury Brewing and Distribution Co., Inc. ("Mercury"), the Debtor's sole tenant at the Property. The parties continue to make significant progress, and have exchanged draft settlement documentation and a draft plan of reorganization. As before, the Official Committee of Unsecured Creditors appointed in this case has been kept apprised of the status of these settlement discussions.

5. Although substantial strides have been made in the negotiations, an agreement has not been reached. The settlement structure is complex, and involves numerous parties in interest in this case, including unpaid contractors that performed work on the Property, and all of the Debtor's members. The parties require additional time to determine whether a comprehensive consensual resolution can be reached, and if so, to complete the necessary documentation, and file an amended plan and disclosure statement with the Court.

6. While the settlement negotiations are continuing, the Debtor believes it would be potentially harmful to require parties to file formal objections to the Disclosure Statement. In addition, assuming the negotiations are successful, the resulting agreement will likely eliminate, or substantially limit, potential objections to the Disclosure

Statement.

7. Accordingly, the Debtor believes that the requested extension of the deadline to object to the adequacy of the Disclosure Statement, is warranted. The Debtor therefore requests that the objection deadline be extended to October 31, 2011, two days prior to the hearing on the adequacy of the Disclosure Statement.

WHEREFORE, the Debtor respectfully requests an order of this Court:

1. Granting the relief sought herein on an emergency basis, prior to the October 19, 2011 deadline for filing objections to the Disclosure Statement;

2. Extending the deadline for filing objections to the Disclosure Statement to October 31, 2011; and

3. Granting such additional relief as the Court deems appropriate.

BREWERY PROPERTIES GROUP, LLC

By its attorneys,

/s/ Michael J. Goldberg
Michael J. Goldberg (BBO# 551869)
A. Davis Whitesell (BBO #551462)
Andrew Imbriglio (BBO #676049)
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
Tel.: (617) 426-5900
Fax: (617) 426-8810
Email: goldberg@casneredwards.com

Dated: October 18, 2011

## CERTIFICATE OF SERVICE

I, Michael J. Goldberg, do hereby certify that on the 20th day of September, 2011, I caused a copy of the foregoing Motion of Debtor Brewery Properties Group, LLC for Extension of Objection Deadline on Adequacy of Disclosure Statement (Emergency Determination Requested) to be served via ECF on those parties registered to receive ECF service in this case.

Dated:  October 18, 2011                    /s/ Michael J. Goldberg
                                                                             Michael J. Goldberg (BBO #551869)
                                                                             CASNER & EDWARDS, LLP
                                                                             303 Congress Street
                                                                             Boston, MA 02210
                                                                             Tel.: (617) 426-5900
                                                                             Fax: (617) 426-8810
                                                                             Email: *goldberg@casneredwards.com*

56886.0/517575.1

4