UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| BREWERY PROPERTIES GROUP, LLC, ) | Case No. 11-14208-JNF |
| ) | |
| Debtor. ) | |
| ) | |

## LIMITED OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO ADEQUACY OF DISCLOSURE STATEMENT

The Official Committee of Unsecured Creditors (the "Committee") of Brewery Properties Group, LLC (the "Debtor") hereby files its limited objection (the Limited Objection") to the adequacy of the *Disclosure Statement For Chapter 11 Plan of Reorganization of Brewery Properties Group, LLC* (the "Disclosure Statement"). In further support thereof, the Committee states as follows:

1. On or about May 5, 2011, the Debtor filed the Disclosure Statement and the Chapter 11 Plan of Reorganization of Brewery Properties Group, LLC (the "Plan.")

2. From time to time, the Debtor has sought the extension of the objection deadline with respect to the Disclosure Statement in order to preserve the rights of all parties to object to the Disclosure Statement and to provide the Debtor with an opportunity to file an amended plan and disclosure statement that incorporates the terms of a global settlement that is being discussed between the Debtor, Soffron Holdings, LLC, the holder of the first mortgage on the Debtor's real property (the "Property"), and Mercury Brewing and Distribution Co., Inc. ("Mercury"), the Debtor's sole tenant at the Property. The Committee has been kept informed regarding the global settlement discussions between the parties.

3.     The Committee expects that the Debtor will file an amended plan and disclosure statement prior to the current hearing date on the Disclosure Statement, which is set for November 2, 2011 at 11 a.m.

4.     By its Limited Objection, the Committee seeks to preserve its rights to object to the Disclosure Statement in the instance that an amended disclosure statement is not filed or that the settlement discussions to do not conclude to the satisfaction of the Committee.

5.     The Committee requests that the Court hold the hearing on the Disclosure Statement as currently scheduled regardless of whether the Debtor files an amended plan and disclosure statement prior to the scheduled hearing date. The Committee requests that, should the plan and disclosure statement be filed, the scheduled hearing be utilized as a status hearing, such that the Debtor has an opportunity to provide a status report to the Court and all parties in interest regarding this case. The Committee also requests an opportunity to be heard with regard to the scheduling of hearings with respect to an amended plan and disclosure statement.

WHEREFORE, the Committee requests that the Court preserve its right to object to the Disclosure Statement as provided herein and provide the Committee with such other relief as may be just and proper.

Respectfully submitted,

Official Committee of Unsecured Creditors,

By its counsel:

/s/ Kathleen R. Cruickshank
Kathleen R. Cruickshank (BBO# 550675)
MURPHY & KING
Professional Corporation
One Beacon Street
Boston, MA  02110
Telephone: (617) 423-0400
Email: krc@murphyking.com

Dated: October 31, 2011
610565

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re: <br><br> BREWERY PROPERTIES GROUP, LLC, <br><br> Debtor. | ) <br> ) <br> ) **Chapter 11** <br> ) **Case No. 11-14208 (JNF)** <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, Kathleen R. Cruickshank, hereby certify that on October 31, 2011, I caused a copy of the following document:

*1. Limited Official Committee of Unsecured Creditors to Adequacy of Disclosure Statement*

to be served via this Court's CM/ECF system, electronic mail, and/or first class mail, postage prepaid to the parties on the attached service list.

/s/ Kathleen R. Cruickshank
Kathleen R. Cruickshank (BBO #550675)
MURPHY & KING
Professional Corporation
One Beacon Street
Boston, MA 02108
Tel: (617) 423-0400
Email: *krc@murphyking.com*

DATED: October 31, 2011
610590-v1

**BREWERY PROPERTIES GROUP, LLC**
**SERVICE LIST**

**BY ECF:**

- Paula R.C. Bachtell    paula.bachtell@usdoj.gov
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Thomas J. Flannagan    tflannagan@mhdpc.com
- Michael J. Goldberg    goldberg@casneredwards.com
- Gregory O. Kaden    gkaden@goulstonstorrs.com
- John Moran    john.moran@leclairryan.com
- Joel Jay Rogge    jjrogge@comcast.net, wendymbell@comcast.net
- Douglas B. Rosner    drosner@goulstonstorrs.com
- A. Davis Whitesell    whitesell@casneredwards.com, d.whitesell@comcast.net