# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re:  Brewery Properties Group, LLC          Case Number: 11-14208          Ch: 11

**MOVANT/APPLICANT/PARTIES:**
#11 Disclosure Statement by Debtor Regarding Plan
#30 Limited Objection by Assistant U.S. Trustee Fitzgerald
#76 Limited Objection by Danvers Door Company
#77 Objection by Mercury Brewing and Distribution Co., Inc.
#78 Objection by Soffron Holdings LLC
#79 Limited Objection by Committee of Unsecured Creditors

**OUTCOME:**
_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.  At the request of debtor the court continued the matter generally.   The debtor shall file an amended plan and disclosure statement by November 16, 2011 by 4:30 pm. and the court shall hold a hearing on the amended disclosure statement November 22, 2011 at 11:45 am and any objections to the amended disclosure statement shall be filed by November 21, 2011 by 4:30 pm.

IT IS SO NOTED:                          IT IS SO ORDERED:

                                         *Joan N. Feeney* (signature)
_____                                                    Dated: 11/02/2011
Courtroom Deputy                         Joan N. Feeney, U.S. Bankruptcy Judge