11/16/2011 Motion allowed. The Court shall conduct a status conference on Nov. 22, 2011.

/s/ Joan N. Feeney

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re: | Chapter 11 |
| BREWERY PROPERTIES GROUP, LLC, | Case No. 11-14208-JNF |
| Debtor. | |

**MOTION OF DEBTOR BREWERY PROPERTIES
GROUP, LLC FOR EXTENSION OF DISCLOSURE STATEMENT
FILING AND OBJECTION DEADLINES**
(Emergency Determination Requested)

To the Honorable Joan N. Feeney,
United States Bankruptcy Judge:

Pursuant to MLBR 9013-1(g), the debtor Brewery Properties Group, LLC (the "Debtor") hereby requests (i) a brief extension, to November 29, 2011, of the deadline to file its Disclosure Statement ("Disclosure Statement") respecting its amended Chapter 11 Plan (the "Amended Plan"), and (ii) a corresponding extension of the deadline for filing objections to the Disclosure Statement. Under the Court's order dated November 2, 2011 (the "Order"), the deadline to file the Disclosure Statement is 4:30 p.m., November 16, 2011, and the objection deadline is scheduled for 4:30 p.m. on November 21, 2011. The Debtor is not requesting that the hearing currently scheduled to consider the adequacy of the Disclosure Statement be continued, as the Debtor expects to be able to provide the Court with a further status report on its negotiations over a consensual plan at that hearing.

The Debtor requests that the relief requested herein be granted on an emergency basis, prior to today's deadline for filing the Disclosure Statement.

In support of this request, the Debtor states as follows:

1. The Debtor commenced this Chapter 11 case by filing a voluntary petition for relief on May 3, 2011.

2. The Debtor filed its Chapter 11 Plan (the "Initial Plan"), together with its Disclosure Statement Regarding Chapter 11 Plan, on May 6, 2011.

3. At the hearing on the adequacy of the Debtor's initial Disclosure Statement on November 2, 2011, the Debtor reported substantial progress in its negotiations over a global settlement agreement (the "Global Settlement Agreement") among the Debtor, its secured creditor Soffron Holdings, LLC ("Soffron") and Mercury Brewing and Distribution Co., Inc. ("Mercury"), and corresponding amendments to the Initial Plan. At the November 2nd hearing, the Debtor requested a short additional period of time to complete negotiations and file its Amended Plan and Disclosure Statement.

4. Since the November 2nd hearing, the Debtor has continued its settlement negotiations with Soffron, Mercury, the Official Committee of Unsecured Creditors (the "Committee"), the holders of unsecured claims (the "Contractors") and the holders of the Debtor's equity Interests (the "BPG Members") in an attempt to finalize the Global Settlement Agreement and the Amended Plan. The parties continue to make significant progress, but there are a handful of issues that have arisen that require a brief extension of time to resolve. While discussions over the open points continue, the Debtor has been readying the final version of the Amended Plan and Disclosure Statement, and has distributed to the BPG Members execution pages for the Global Settlement Agreement and related documents. The Debtor expects that final versions of the Global Settlement Agreement and all settlement documents will be distributed to the parties by the end of

this week, with all parties being required to execute and deliver the documents by November 25, 2011 (the "Document Execution Deadline"). If the documents are executed, the Debtor will be prepared to file the Amended Plan and Disclosure Statement no later than 4:30 p.m. on November 29, 2011. The Debtor is prepared to commit that, if the Global Settlement Agreement and related documents are not finalized by the extended filing deadline, a settlement will not likely be reached, and that the Debtor will be required to seek an alternative resolution to this case.

5. The Debtor requests the brief extensions of the filing deadline and the objection deadline respecting the Disclosure Statement because it believes the extension will likely facilitate the completion of the negotiations and the successful conclusion of this Chapter 11 case, hopefully before the end of the year.

6. As noted above, the Debtor expects to be able to provide a status report to the Court respecting the settlement negotiations and the Disclosure Statement at the November 22nd hearing. At that time, assuming that the documents are on track to being fully executed by the Document Execution Deadline, the Debtor will seek a further order of this Court establishing objection deadlines, a new hearing date for the Disclosure Statement, and a calendar for the confirmation process as well.

WHEREFORE, the Debtor respectfully requests an order of this Court:

1. Granting the relief sought herein on an emergency basis;

2. Extending the deadline for filing the Disclosure Statement to November 29, 2011;

3. Extending the deadline for filing objections to the Disclosure Statement; and

3

4. Granting such additional relief as the Court deems appropriate.

BREWERY PROPERTIES GROUP, LLC

By its attorneys,

/s/ Michael J. Goldberg
Michael J. Goldberg (BBO# 551869)
A. Davis Whitesell (BBO #551462)
Andrew Imbriglio (BBO #676049)
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA  02210
Tel.: (617) 426-5900
Fax: (617) 426-8810
Email: goldberg@casneredwards.com

Dated: November 16, 2011