UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re | )<br>)<br>) Chapter 11 |
| BREWERY PROPERTIES GROUP, LLC, | ) Case No. 11-14208-JNF<br>) |
| Debtor. | )<br>) |

### NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF CHAPTER 11 PLAN

**PLEASE TAKE NOTICE** that, pursuant to Sections 1.01, 5.01 and 5.06 of the Debtors' First Amended Chapter 11 Plan Dated November 29, 2011 (Revised December 6, 2011) (the "Plan"), the Effective Date of the Plan occurred on December 21, 2011.

Dated this 23nd day of December, 2011.

/s/ Michael J. Goldberg
Michael J. Goldberg (BBO# 551869)
A. Davis Whitesell (BBO #551462)
Andrew Imbriglio (BBO #676049)
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA  02210
Tel.: (617) 426-5900
Fax: (617) 426-8810
Email: goldberg@casneredwards.com

## CERTIFICATE OF SERVICE

I, Michael J. Goldberg, do hereby certify that on the 23nd day of December, 2011, I caused copies of the foregoing Notice of Occurrence of Effective Date of Chapter 11 Plan to be served (A) via ECF, on those parties registered to receive ECF service in this case, and (B) via first class mail, postage prepaid, on the parties identified on the attached Exhibit A.

Dated:  December 23, 2011          /s/  Michael J. Goldberg
                                                                  Michael J. Goldberg (BBO #551869)
                                                                  CASNER & EDWARDS, LLP
                                                                  303 Congress Street
                                                                  Boston, MA 02210
                                                                  Tel.: (617) 426-5900
                                                                  Fax: (617) 426-8810
                                                                  Email: *goldberg@casneredwards.com*

## EXHIBIT "A"

BES Electrical Contracting, Inc.
17 Longmeadow Drive
Ipswich, MA 01938

Breen & Sullivan Mechanical Services, Inc.
7 Healy Court
Danvers, MA 01923

Bresnahan & Horrigan, Inc.
30A Mitchell Road
Ipswich, MA 01938

Brewery Food Group, LLC
c/o Robert Martin
221R Washington Street
Topsfield, MA 01983

CG&V Services, LLC
167 Hopkins Street
Reading, MA 01867

Danvers Door Company, Inc.
2-A Debush Avenue, Unit 6
Middleton, MA 01949

Danversbank
One Conant Street
Danvers, MA 01923

Geotechnical Services, Inc.
12 Rogers Road
Haverhill, MA 01835

Ken Ledbury d/b/a Green's Point Masonry
3 Greens Point Road
Ipswich, MA 01938

Mercury Brewing & Distribution Co., Inc.
23 Hayward Street
Ipswich, MA 01938

NYLAJO, LLC
2 Central Street
Ipswich, MA 01938
ATTN: Mr. Larry Graham

Peter McAllister
6 Cedar Road
Boxford, MA 01921

Richard T. Caram & Sons, Inc.
134 Central Street
Rowley, MA 01969

Robert Martin
221R Washington Street
Topsfield, MA 01983

Soffron Holding LLC
c/o Danvers Bank
One Conant Street
Danvers, MA 01923

Tax Collector
Town of Ipswich
26 Green Street
Ipswich, MA 01938

Thomas Hagan
103 Kensington Road
Hampton Falls, NH 03844

Todd Darling
18 Sheffield Road
Boxford, MA 01921

William H. Sheehan, Esq.
MacLean Holloway Doherty Ardiff & Morse
8 Essex Center Drive
Peabody, MA 01960

James L. Messenger, Esq.
LeClair Ryan LLP.
One International Place
Boston, MA 02210